**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 56 WAL 2015
                                     :
          Respondent        :
                                     : Petition for Allowance of Appeal from the
                                     : Order of the Superior Court
          v.                 :
                                       :
                                     :
OSCAR BROWN,                   :
                                     :
          Petitioner         :


## ORDER


**PER CURIAM**

     **AND NOW**, this 15th day of July, 2015, the Petition for Allowance of Appeal is

**DENIED**.